**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-01557 |
| | § | |
| MARY A WALKER | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/19/2016. The undersigned trustee was appointed on 01/19/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $42,270.88

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $5,707.35 |
   | Bank service fees | $123.48 |
   | Other Payments to creditors | $19,865.12 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $16,574.93 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/28/2016 and the deadline for filing government claims was 09/28/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,977.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,977.09, for a total compensation of $4,977.09[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $67.78, for total expenses of $67.78.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/07/2018     By: /s/ David P. Leibowitz
                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 16-01557   Doc 66   Filed 08/06/18   Entered 08/06/18 13:23:56   Desc Main
Document      Page 3 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1          Exhibit A

| Case No.: | 16-01557 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | WALKER, MARY A | | | Date Filed (f) or Converted (c): | 01/19/2016 (f) |
| For the Period Ending: | 6/7/2018 | | | §341(a) Meeting Date: | 02/18/2016 |
| | | | | Claims Bar Date: | 09/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2114 176th Place Lansing IL 60438-0000 Cook County Condominium or cooperative | $107,372.00 | $92,372.00 | | $35,270.88 | FA |
| Asset Notes: | Trustee received proceeds from reverse mortgage, pursuant to order entered on 08/11/2016 (dkt #31). | | | | | |
| 2 | 2015 Lincoln MKZ 6600 mileage LEASED VEHICLE | $23,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Leased vehicle, no value for estate | | | | | |
| 3 | Misc used household goods and furnishings, including: Sofa, Loveseat, Coffee Table, End Tables, Dining Table/Chairs, Refrigerator, Freezer, Stove, Microwave, Dishwasher, Washer/Dryer, Pots/Pans, Dishes/Flatware, Vacuum, Coffee Maker, Bedroom Sets, Lamps | $800.00 | $0.00 | | $0.00 | FA |
| 4 | 2 Televisions, DVD Player, Computer, Printer | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Books & Family Pictures | $50.00 | $0.00 | | $0.00 | FA |
| 6 | 20 Movie DVD's | $20.00 | $0.00 | | $0.00 | FA |
| 7 | Golf Clubs | $50.00 | $0.00 | | $0.00 | FA |
| 8 | Necessary Wearing Apparel | $400.00 | $0.00 | | $0.00 | FA |
| 9 | 3 Rings, 2 Watches, 3 Earrings, and Costume Jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 10 | Cash on Hand | $30.00 | $0.00 | | $0.00 | FA |
| 11 | Checking CITI Checking Account | $35.05 | $0.00 | | $0.00 | FA |
| 12 | Savings CITI Savings | $120.46 | $0.00 | | $0.00 | FA |
| 13 | Pension Franklin Blvd Hospital, recieves $133.98/month. | Unknown | $0.00 | | $0.00 | FA |
| 14 | Retirement Illinois Municipal Retirement Fund | Unknown | $0.00 | | $0.00 | FA |
| 15 | Anticipated 2015 Federal Income Tax Refund Federal | $1,000.00 | $0.00 | | $0.00 | FA |
| 16 | Whole Life Insurance Policy with State Farm, no cash surrender value | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Settlement with American Advisors Group (reverse mortgage company) (u) | $0.00 | $7,000.00 | | $7,000.00 | FA |

Case 16-01557 Doc 66 Filed 08/06/18 Entered 08/06/18 13:23:56 Desc Main
Document Page 4 of 13
FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 16-01557 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | WALKER, MARY A | | | Date Filed (f) or Converted (c): | 01/19/2016 (f) |
| For the Period Ending: | 6/7/2018 | | | §341(a) Meeting Date: | 02/18/2016 |
| | | | | Claims Bar Date: | 09/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**

| | $133,677.51 | $99,372.00 | | $42,270.88 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** 12/31/2017    **Current Projected Date Of Final Report (TFR):** 06/30/2018    /s/ DAVID LEIBOWITZ

    DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01557 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WALKER, MARY A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8890 | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/19/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/7/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/05/2017 | | FNC Title Services LLC | Net Proceeds - Initial Disbursement on reverse mortgage | * | $9,698.41 | | $9,698.41 |
| | {1} | | Gross Disbursement on Reverse Mortgage $35,270.88 (See HUD-1 at dkt #52, Exh B, p. 10) | 1110-000 | | | $9,698.41 |
| | | | Closing costs - HUD-1, Line 103 $(5,707.35) | 2500-000 | | | $9,698.41 |
| | | | Pay off delinquent real estate taxes - HUD-1, Line 104 $(16,782.54) | 4700-000 | | | $9,698.41 |
| | | | Delinquent HOA lien - HUD-1, Line 105 $(560.00) | 4120-000 | | | $9,698.41 |
| | | | Payoff of current taxes - HUD-1, Line 106 $(2,522.58) | 4700-000 | | | $9,698.41 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $12.11 | $9,686.30 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.63 | $9,670.67 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.10 | $9,654.57 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $14.57 | $9,640.00 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.55 | $9,624.45 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.53 | $9,608.92 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.00 | $9,593.92 |
| 11/20/2017 | (17) | American Advisors Group | Settlement of adversary v American Advisors Group (dkt #64) | 1249-000 | $7,000.00 | | $16,593.92 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $18.99 | $16,574.93 |

| | | | | **SUBTOTALS** | $16,698.41 | $123.48 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 16-01557 |
| **Case Name:** | WALKER, MARY A |
| **Primary Taxpayer ID #:** | **-***8890 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 1/19/2016 |
| **For Period Ending:** | 6/7/2018 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******5701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $16,698.41 | $123.48 | $16,574.93 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $16,698.41 | $123.48 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $16,698.41 | $123.48 | |

| For the period of 1/19/2016 to 6/7/2018 | | For the entire history of the account between 04/05/2017 to 6/7/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $42,270.88 | Total Compensable Receipts: | $42,270.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,270.88 | Total Comp/Non Comp Receipts: | $42,270.88 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $25,695.95 | Total Compensable Disbursements: | $25,695.95 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,695.95 | Total Comp/Non Comp Disbursements: | $25,695.95 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 3    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01557 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WALKER, MARY A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8890 | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/19/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/7/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $16,698.41 | $123.48 | $16,574.93 |

| For the period of 1/19/2016 to 6/7/2018 | | For the entire history of the case between 01/19/2016 to 6/7/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $42,270.88 | Total Compensable Receipts: | $42,270.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,270.88 | Total Comp/Non Comp Receipts: | $42,270.88 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $25,695.95 | Total Compensable Disbursements: | $25,695.95 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,695.95 | Total Comp/Non Comp Disbursements: | $25,695.95 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 16-01557 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WALKER, MARY A | | | | | | | | Date: 6/7/2018 |
| Claims Bar Date: | 09/28/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $4,977.09 | $0.00 | $0.00 | $0.00 | $4,977.09 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $67.78 | $0.00 | $0.00 | $0.00 | $67.78 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $444.53 | $0.00 | $0.00 | $0.00 | $444.53 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $3,460.00 | $0.00 | $0.00 | $0.00 | $3,460.00 |
| 4 | SPRINGCASTLE CREDIT FUNDING TRUST<br>a/k/a Springleaf Consumer Loan, Inc.<br>c/o Springleaf<br>PO Box 3251<br>Evansville IN 47731-3251 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $18,338.66 | $0.00 | $0.00 | $0.00 | $18,338.66 |
| 1 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,005.60 | $0.00 | $0.00 | $0.00 | $3,005.60 |

| Case No. | 16-01557 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WALKER, MARY A | | | | | | | | Date: 6/7/2018 |
| Claims Bar Date: | 09/28/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA), N.A.  by American InfoSource LP as agent PO Box 71083 Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,228.83 | $0.00 | $0.00 | $0.00 | $2,228.83 |
| 3 | CAPITAL ONE BANK (USA), N.A.  by American InfoSource LP as agent PO Box 71083 Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,930.79 | $0.00 | $0.00 | $0.00 | $2,930.79 |
| 5 | DEPARTMENT STORE NATIONAL BANK  c/o Quantum3 Group LLC PO Box 657 Kirkland WA 98083-0657 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,547.26 | $0.00 | $0.00 | $0.00 | $2,547.26 |
| 6 | COMENITY CAPITAL BANK/PAYPAL CREDIT  c/o Weinstein & Riley, PS 2001 Western Ave., Ste 400 Seattle WA 98121 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,110.55 | $0.00 | $0.00 | $0.00 | $1,110.55 |
| 7 | INGALLS HOSPITAL  One Ingalls Dr Harvey IL 60426 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $340.00 | $0.00 | $0.00 | $0.00 | $340.00 |
| | | | | | $39,451.09 | $0.00 | $0.00 | $0.00 | $39,451.09 |

| | | | | | |
|---|---|---|---|---|---|
| **Case No.** | 16-01557 | | | | **Trustee Name:** David Leibowitz |
| **Case Name:** | WALKER, MARY A | | | | **Date:** 6/7/2018 |
| **Claims Bar Date:** | 09/28/2016 | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $444.53 | $444.53 | $0.00 | $0.00 | $0.00 | $444.53 |
| Attorney for Trustee Fees (Trustee Firm) | $3,460.00 | $3,460.00 | $0.00 | $0.00 | $0.00 | $3,460.00 |
| General Unsecured § 726(a)(2) | $18,338.66 | $18,338.66 | $0.00 | $0.00 | $0.00 | $18,338.66 |
| Payments to Unsecured Credit Card Holders | $11,823.03 | $11,823.03 | $0.00 | $0.00 | $0.00 | $11,823.03 |
| Tardy General Unsecured § 726(a)(3) | $340.00 | $340.00 | $0.00 | $0.00 | $0.00 | $340.00 |
| Trustee Compensation | $4,977.09 | $4,977.09 | $0.00 | $0.00 | $0.00 | $4,977.09 |
| Trustee Expenses | $67.78 | $67.78 | $0.00 | $0.00 | $0.00 | $67.78 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      16-01557
Case Name:     MARY A WALKER
Trustee Name:  David P. Leibowitz

|  |  |
|---|---:|
| Balance on hand: | $16,574.93 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $16,574.93 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $4,977.09 | $0.00 | $4,977.09 |
| David P. Leibowitz, Trustee Expenses | $67.78 | $0.00 | $67.78 |
| Lakelaw, Attorney for Trustee Fees | $3,460.00 | $0.00 | $3,460.00 |
| Lakelaw, Attorney for Trustee Expenses | $444.53 | $0.00 | $444.53 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $8,949.40 |
| Remaining balance: | $7,625.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $7,625.53 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $7,625.53 |

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $30,161.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $3,005.60 | $0.00 | $759.88 |
| 2 | Capital One Bank (USA), N.A. | $2,228.83 | $0.00 | $563.50 |
| 3 | Capital One Bank (USA), N.A. | $2,930.79 | $0.00 | $740.97 |
| 4 | Springcastle Credit Funding Trust | $18,338.66 | $0.00 | $4,636.41 |
| 5 | Department Store National Bank | $2,547.26 | $0.00 | $644.00 |
| 6 | Comenity Capital Bank/Paypal Credit | $1,110.55 | $0.00 | $280.77 |

Total to be paid to timely general unsecured claims:  $7,625.53
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $340.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 7 | Ingalls Hospital | $340.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**