**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-01557 |
| | § | |
| MARY A WALKER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $23,500.00 | Assets Exempt: | $17,805.51 |
| Total Distributions to Claimants: | $27,490.65 | Claims Discharged Without Payment: | $32,201.70 |
| Total Expenses of Administration: | $14,780.23 | | |

3) Total gross receipts of $42,270.88 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $42,270.88 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $198,759.00 | $19,865.12 | $19,865.12 | $19,865.12 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $14,780.23 | $14,780.23 | $14,780.23 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $38,123.54 | $30,501.69 | $30,501.69 | $7,625.53 |
| **Total Disbursements** | $236,882.54 | $65,147.04 | $65,147.04 | $42,270.88 |

4). This case was originally filed under chapter 7 on 01/19/2016. The case was pending for 34 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/05/2018            By:   /s/ David P. Leibowitz
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2114 176th Place Lansing IL 60438-0000 Cook County Condominium or cooperative | 1110-000 | $35,270.88 |
| Settlement with American Advisors Group (reverse mortgage company) | 1249-000 | $7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$42,270.88** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Courtyards of Lansing | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Delinquent HOA lien - HUD-1, Line 105 | 4120-000 | $0.00 | $560.00 | $560.00 | $560.00 |
| | Ditech Financial Llc | 4110-000 | $182,112.00 | $0.00 | $0.00 | $0.00 |
| | Finance | 4110-000 | $16,647.00 | $0.00 | $0.00 | $0.00 |
| | Pay off delinquent real estate taxes - HUD-1, Line 104 | 4700-000 | $0.00 | $16,782.54 | $16,782.54 | $16,782.54 |
| | Payoff of current taxes - HUD-1, Line 106 | 4700-000 | $0.00 | $2,522.58 | $2,522.58 | $2,522.58 |
| | Revenue | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$198,759.00** | **$19,865.12** | **$19,865.12** | **$19,865.12** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $4,977.09 | $4,977.09 | $4,977.09 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $67.78 | $67.78 | $67.78 |
| Closing costs - HUD-1, Line 103 | 2500-000 | NA | $5,707.35 | $5,707.35 | $5,707.35 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Green Bank | 2600-000 | NA | $123.48 | $123.48 | $123.48 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $3,460.00 | $3,460.00 | $3,460.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $444.53 | $444.53 | $444.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $14,780.23 | $14,780.23 | $14,780.23 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-900 | $2,934.00 | $3,005.60 | $3,005.60 | $759.88 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $2,156.00 | $2,228.83 | $2,228.83 | $563.50 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $2,802.00 | $2,930.79 | $2,930.79 | $740.97 |
| 4 | Springcastle Credit Funding Trust | 7100-000 | $17,398.00 | $18,338.66 | $18,338.66 | $4,636.41 |
| 5 | Department Store National Bank | 7100-900 | $2,408.00 | $2,547.26 | $2,547.26 | $644.00 |
| 6 | Comenity Capital Bank/Paypal Credit | 7100-900 | $1,100.00 | $1,110.55 | $1,110.55 | $280.77 |
| 7 | Ingalls Hospital | 7200-000 | $0.00 | $340.00 | $340.00 | $0.00 |
| | Amazon | 7100-000 | $640.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 7100-000 | $1,450.00 | $0.00 | $0.00 | $0.00 |
| | Barclays Bank Delaware | 7100-000 | $2,015.00 | $0.00 | $0.00 | $0.00 |
| | Card Services | 7100-000 | $2,015.54 | $0.00 | $0.00 | $0.00 |
| | Citibank | 7100-000 | $448.00 | $0.00 | $0.00 | $0.00 |
| | HFC/Beneficial Mtg Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | IC Systems, Inc | 7100-000 | $147.00 | $0.00 | $0.00 | $0.00 |
| | Medical Recovery | 7100-000 | $264.00 | $0.00 | $0.00 | $0.00 |
| | Northwest Collectors | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/lord & Tay | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony | 7100-000 | $430.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Bank/Amazon | | | | | |
| Synchrony Bank/Sams | 7100-000 | $1,276.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank/Walmart | 7100-000 | $270.00 | $0.00 | $0.00 | $0.00 |
| University of Chicago | 7100-000 | $270.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $38,123.54 | $30,501.69 | $30,501.69 | $7,625.53 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 16-01557 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WALKER, MARY A | Date Filed (f) or Converted (c): | 01/19/2016 (f) |
| For the Period Ending: | 11/5/2018 | §341(a) Meeting Date: | 02/18/2016 |
| | | Claims Bar Date: | 09/28/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2114 176th Place Lansing IL 60438-0000 Cook County Condominium or cooperative | $107,372.00 | $92,372.00 | | $35,270.88 | FA |
| Asset Notes: | Trustee received proceeds from reverse mortgage, pursuant to order entered on 08/11/2016 (dkt #31). | | | | | |
| 2 | 2015 Lincoln MKZ 6600 mileage LEASED VEHICLE | $23,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Leased vehicle, no value for estate | | | | | |
| 3 | Misc used household goods and furnishings, including: Sofa, Loveseat, Coffee Table, End Tables, Dining Table/Chairs, Refrigerator, Freezer, Stove, Microwave, Dishwasher, Washer/Dryer, Pots/Pans, Dishes/Flatware, Vacuum, Coffee Maker, Bedroom Sets, Lamps | $800.00 | $0.00 | | $0.00 | FA |
| 4 | 2 Televisions, DVD Player, Computer, Printer | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Books & Family Pictures | $50.00 | $0.00 | | $0.00 | FA |
| 6 | 20 Movie DVD's | $20.00 | $0.00 | | $0.00 | FA |
| 7 | Golf Clubs | $50.00 | $0.00 | | $0.00 | FA |
| 8 | Necessary Wearing Apparel | $400.00 | $0.00 | | $0.00 | FA |
| 9 | 3 Rings, 2 Watches, 3 Earrings, and Costume Jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 10 | Cash on Hand | $30.00 | $0.00 | | $0.00 | FA |
| 11 | Checking CITI Checking Account | $35.05 | $0.00 | | $0.00 | FA |
| 12 | Savings CITI Savings | $120.46 | $0.00 | | $0.00 | FA |
| 13 | Pension Franklin Blvd Hospital, recieves $133.98/month. | Unknown | $0.00 | | $0.00 | FA |
| 14 | Retirement Illinois Municipal Retirement Fund | Unknown | $0.00 | | $0.00 | FA |
| 15 | Anticipated 2015 Federal Income Tax Refund Federal | $1,000.00 | $0.00 | | $0.00 | FA |
| 16 | Whole Life Insurance Policy with State Farm, no cash surrender value | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Settlement with American Advisors Group (reverse mortgage company) (u) | $0.00 | $7,000.00 | | $7,000.00 | FA |

Case 16-01557   Doc 73   Filed 11/14/18   Entered 11/14/18 13:55:53   Desc Main
Document      Page 7 of 10

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 16-01557 | | | Trustee Name: | David Leibowitz |
| Case Name: | WALKER, MARY A | | | Date Filed (f) or Converted (c): | 01/19/2016 (f) |
| For the Period Ending: | 11/5/2018 | | | §341(a) Meeting Date: | 02/18/2016 |
| | | | | Claims Bar Date: | 09/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | $133,677.51 | $99,372.00 | | $42,270.88 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

06/14/2018   2018 Reporting Period:
TFR submitted for UST review on June 7, 2018.

**Initial Projected Date Of Final Report (TFR):**   12/31/2017    **Current Projected Date Of Final Report (TFR):**   06/30/2018    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| Case No. | 16-01557 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | WALKER, MARY A | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8890 | | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/19/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/5/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/05/2017 | | FNC Title Services LLC | Net Proceeds - Initial Disbursement on reverse mortgage | * | $9,698.41 | | $9,698.41 |
| | {1} | | Gross Disbursement on Reverse Mortgage    $35,270.88 (See HUD-1 at dkt #52, Exh B, p. 10) | 1110-000 | | | $9,698.41 |
| | | | Closing costs - HUD-1, Line 103    $(5,707.35) | 2500-000 | | | $9,698.41 |
| | | | Pay off delinquent real estate taxes - HUD-1, Line 104    $(16,782.54) | 4700-000 | | | $9,698.41 |
| | | | Delinquent HOA lien - HUD-1, Line 105    $(560.00) | 4120-000 | | | $9,698.41 |
| | | | Payoff of current taxes - HUD-1, Line 106    $(2,522.58) | 4700-000 | | | $9,698.41 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $12.11 | $9,686.30 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.63 | $9,670.67 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.10 | $9,654.57 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $14.57 | $9,640.00 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.55 | $9,624.45 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.53 | $9,608.92 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.00 | $9,593.92 |
| 11/20/2017 | (17) | American Advisors Group | Settlement of adversary v American Advisors Group (dkt #64) | 1249-000 | $7,000.00 | | $16,593.92 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $18.99 | $16,574.93 |
| 08/30/2018 | 3001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $67.78 | $16,507.15 |
| 08/30/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $4,977.09 | $11,530.06 |
| 08/30/2018 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $3,460.00; Distribution Dividend: 100.00%; | 3110-000 | | $3,460.00 | $8,070.06 |
| 08/30/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $444.53; Distribution Dividend: 100.00%; | 3120-000 | | $444.53 | $7,625.53 |
| 08/30/2018 | 3005 | Capital One Bank (USA), N.A. | Claim #: 1; Amount Claimed: $3,005.60; Distribution Dividend: 25.28%; | 7100-900 | | $759.88 | $6,865.65 |
| 08/30/2018 | 3006 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: $2,228.83; Distribution Dividend: 25.28%; | 7100-900 | | $563.50 | $6,302.15 |
| | | | | **SUBTOTALS** | $16,698.41 | $10,396.26 | |

Page No: 2 Exhibit 9

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-01557 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | WALKER, MARY A | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8890 | | | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/19/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/5/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/30/2018 | 3007 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: $2,930.79; Distribution Dividend: 25.28%; | 7100-900 | | $740.97 | $5,561.18 |
| 08/30/2018 | 3008 | Springcastle Credit Funding Trust | Claim #: 4; Amount Claimed: $18,338.66; Distribution Dividend: 25.28%; | 7100-000 | | $4,636.41 | $924.77 |
| 08/30/2018 | 3009 | Department Store National Bank | Claim #: 5; Amount Claimed: $2,547.26; Distribution Dividend: 25.28%; | 7100-900 | | $644.00 | $280.77 |
| 08/30/2018 | 3010 | Comenity Capital Bank/Paypal Credit | Claim #: 6; Amount Claimed: $1,110.55; Distribution Dividend: 25.28%; | 7100-900 | | $280.77 | $0.00 |
| | | | TOTALS: | | $16,698.41 | $16,698.41 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $16,698.41 | $16,698.41 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $16,698.41 | $16,698.41 | |

| For the period of 1/19/2016 to 11/5/2018 | | For the entire history of the account between 04/05/2017 to 11/5/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $42,270.88 | Total Compensable Receipts: | $42,270.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,270.88 | Total Comp/Non Comp Receipts: | $42,270.88 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $42,270.88 | Total Compensable Disbursements: | $42,270.88 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $42,270.88 | Total Comp/Non Comp Disbursements: | $42,270.88 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit 9

| Case No. | 16-01557 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WALKER, MARY A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8890 | Checking Acct #: | ******5701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/19/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/5/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $16,698.41 | $16,698.41 | $0.00 |

| For the period of 1/19/2016 to 11/5/2018 | | For the entire history of the case between 01/19/2016 to 11/5/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $42,270.88 | Total Compensable Receipts: | $42,270.88 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42,270.88 | Total Comp/Non Comp Receipts: | $42,270.88 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $42,270.88 | Total Compensable Disbursements: | $42,270.88 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $42,270.88 | Total Comp/Non Comp Disbursements: | $42,270.88 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ